UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN – NORTHERN DIVISION

IN RE:

LARRY L. HARMON and SHARON HARMON     Case No. 14-21208

    Debtors     Chapter 13

    Hon. Daniel S. Opperman

_____/

## CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION #1

NOW COMES the Debtors, LARRY L. HARMON and SHARON HARMON, by their attorneys, SMITH BOVILL, P.C., and hereby propose to amend the Chapter 13 Plan as follows:

1. That Debtors filed for Chapter 13 bankruptcy on May 23, 2014.

2. That Debtors' Chapter 13 Plan was confirmed on July 27, 2015.

3. That as of March 2017 Debtor, LARRY L. HARMON, has been out of work due to contracting Huntington's disease. He will never work again.

4. Debtor, SHARON HARMON, is not working due to an automobile accident in December 2017.

5. That as a result of the Debtors' income situation, Debtors are requesting a suspension of Chapter 13 Plan payments.

6. There were two (2) mortgages on Debtors' residence. First Merit Bank, f/k/a Citizens Bank had a second mortgage which they owe approximately $13,000.

7. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association, holds a first mortgage on the property and is owed approximately $85,396.80, Exhibit 1.

8. Debtors have their residence listed for sale since December 19, 2017. A conditional offer was made for $128,000.00 which has now been withdrawn. There has been little interest shown in the property.

9. Debtors have not had money to pay Seterus, Inc.'s, as authorized subservicer for Federal National Mortgage Association, monthly mortgage payments of $874.56 (DN #57) and have not made a payment on the first mortgage since October 2017.

10. Debtors are in the process of moving and will soon be vacating their home. Seterus, Inc., has been notified and declines to respond.

11. The Debtors are modifying their Chapter 13 Plan to surrender their home located at:

Situated in the Township of Almer, Tuscola County, Michigan:
"Lot 72, Northwood Heights Subdivision No. 3, according to the recorded plat thereof, as recorded in Liber 3 of Plats, Page 40."
Property Address: 210 Pamela Dr., Caro, MI 48723
Property I.D.: 033-500-440-7200-00

12. In all other respects the plan previously filed remains unchanged.

Dated: June 14, 2018                    /s/ DAVID J. FISHER
                                        SMITH BOVILL, P.C.
                                        200 St. Andrews Rd.
                                        Saginaw, MI 48638
                                        Ph.: (989) 792-9641
                                        Fax: (989) 792-1116
                                        Email: djfsecretary@smithbovill.com
                                        Bar: (P23347)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN   -   NORTHERN DIVISION

IN RE:

LARRY L. HARMON and SHARON HARMON      Case No. 14-21208

   Debtors                                      Chapter 13

                                                     Hon. Daniel S. Opperman

_____/

## ORDER APPROVING
## CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION #1

    The Chapter 13 Debtors therein having filed a Notice seeking confirmation of their Post-Confirmation Plan Modification #1 and a copy of the Post-Confirmation Plan Modification #1 and Notice having been mailed out to all creditors and interested parties as appears from the Certificate of Service filed with the Court and all objections having been resolved to the proposed modified Plan and the Court finding that each of the requirements for confirmation of the Chapter 13 Plan pursuant to 11 U.S.C. § 1325(a) have been met and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that the Debtors' Chapter 13 Post-Confirmation Plan Modification #1 filed with the court on _____ shall be and hereby is confirmed by the Court.

Ex. A

Proposed Order



**seterus**

PO Box 1077; Hartford, CT 06143-1077

| | |
|---|---|
| Statement Date | April 26, 2018 |
| Account Number | 754 |
| Bankruptcy Case # | 208 |
| Property Address | 210 PAMELA DR |
| | CARO, MI 48723-1172 |
| ☎ Phone | 866.570.5277 |
| ✉ Email | ExternalCommunications@seterus.com |
| Date of Default | August 01, 2017 |
| Outstanding Principal | $85,396.80 |
| Current Escrow Balance | $805.15 |
| Interest Rate | 5.375% |
| Maturity Date | September 01, 2033 |

HARMON, LARRY
HARMON, SHARON
210 PAMELA DR
CARO, MI 48723

Our records show that either one or more borrowers on the loan is a debtor in bankruptcy or has discharged personal liability for the mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, please write to us.

### Explanation of Amount Due

| | |
|---|---|
| Principal & Interest* | $660.77 |
| Escrow (Taxes and Insurance) | 213.79 |
| Regular Payment | $874.56 |
| Past Due Amount | $7,907.02 |
| Total Charges | $684.32 |
| Suspense (credit)** | -56.27 |
| Total Amount Due | $9,409.63 |

### Summary of Pre-Petition Amounts***

| | |
|---|---|
| Pre-Petition Balance | $0.00 |
| Pre-Petition Payments Since Last Statement | $0.00 |
| Pre-Petition Payments Since Bankruptcy Case Start | $0.00 |

### Past Payment Breakdown

| | Paid Since Last Statement | Paid YTD |
|---|---|---|
| Principal | $8,278.47 | $0.00 |
| Interest | 12,866.17 | 0.00 |
| Escrow | 6,733.64 | 0.00 |
| Charges | 0.00 | 0.00 |
| Suspense (unapplied) | -234.88 | 0.00 |
| Total | $27,643.40 | $0.00 |

\* The principal and interest payment stated on this notice is based on the information we have at the time this notice was generated. While the allocation of principal and interest may change, your total principal and interest payment will remain the same.
\*\* Partial payments are held in a suspense account. See enclosed Partial Payment Information insert for more information.
\*\*\* The amount quoted may increase due to future installments that become due and/or fees that may be accessed.

### Payment Activity Since Last Notice

| Date | Principal | Interest | Escrow | Late Charge/ Other Fees | Suspense | Total |
|---|---|---|---|---|---|---|
| February 28, 2015 | $483.44 | $838.10 | $401.44 | $0.00 | $0.00 | $1,722.98 |
| March 09, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $902.53 | $902.53 |
| March 27, 2015 | $243.35 | $417.42 | $200.72 | $0.00 | $-861.49 | $0.00 |
| April 02, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $902.53 | $902.53 |
| April 29, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $902.53 | $902.53 |
| April 30, 2015 | $244.44 | $416.33 | $200.72 | $0.00 | $-861.49 | $0.00 |
| May 06, 2015 | $245.53 | $415.24 | $200.72 | $0.00 | $-861.49 | $0.00 |
| May 31, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $902.53 | $902.53 |
| June 02, 2015 | $246.63 | $414.14 | $200.72 | $0.00 | $-861.49 | $0.00 |
| June 26, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $902.53 | $902.53 |
| July 29, 2015 | $247.74 | $413.03 | $200.72 | $0.00 | $-861.49 | $0.00 |
| August 03, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $902.53 | $902.53 |
| August 05, 2015 | $248.85 | $411.92 | $200.72 | $0.00 | $-861.49 | $0.00 |
| September 03, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $902.53 | $902.53 |
| September 08, 2015 | $249.96 | $410.81 | $200.72 | $0.00 | $-861.49 | $0.00 |
| October 05, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $891.15 | $891.15 |
| October 07, 2015 | $251.08 | $409.69 | $200.72 | $0.00 | $-861.49 | $0.00 |
| November 06, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $891.15 | $891.15 |
| November 10, 2015 | $252.21 | $408.56 | $200.72 | $0.00 | $-861.49 | $0.00 |
| December 07, 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $891.15 | $891.15 |
| December 09, 2015 | $253.34 | $407.43 | $200.72 | $0.00 | $-861.49 | $0.00 |
| January 18, 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $891.15 | $891.15 |
| January 20, 2016 | $254.47 | $406.30 | $200.72 | $0.00 | $-861.49 | $0.00 |
| February 08, 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $891.15 | $891.15 |
| February 10, 2016 | $255.61 | $405.16 | $200.72 | $0.00 | $-861.49 | $0.00 |
| March 15, 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $891.15 | $891.15 |



ADDITIONAL TRANSACTIONS AND ACTIVITY CONTINUE ON NEXT PAGE



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN  -  NORTHERN DIVISION

IN RE:
LARRY L. HARMON and SHARON HARMON  Case No. 14-21208
Debtors  Chapter 13
  Hon. Daniel S. Opperman

_____/

## NOTICE OF FILING
## CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION #1

DAVID J. FISHER, Attorney for Debtors, has filed papers with the Court seeking – Chapter 13 Post-Confirmation Plan Modification #1.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant/approve the modification to the plan, or if you want the court to consider your views on the motion/modification, **within 21 days**, you or your attorney must:

1. File with the court a written response, objection or an answer, explaining your position at:

   U.S. Bankruptcy Court
   111 First Street
   Bay City, MI 48708

   If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

   You must also mail a copy to:

   Thomas McDonald
   Chapter 13 Trustee
   3144 Davenport
   Saginaw, MI 48602

   David J. Fisher (Attorney for Debtors)
   200 St. Andrews Rd.
   Saginaw, MI 48638

2. If a response, objection, or answer is timely filed and served, the clerk will schedule a hearing on the motion/modification and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: June 14, 2018

/s/ DAVID J. FISHER
SMITH BOVILL, P.C.
200 St. Andrews Rd.
Saginaw, MI 48638
Ph.: (989) 792-9641
Fax: (989) 792-1116
Email: djfsecretary@smithbovill.com
Bar: (P23347)

*Response or answer must comply with F.R. Civ.P. 8(b), (c) and (e).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – NORTHERN DIVISION

IN RE:
LARRY L. HARMON and SHARON HARMON
    Debtors

Case No. 14-21208
Chapter 13
Hon. Daniel S. Opperman

_____/

## CERTIFICATE OF SERVICE

I hereby certify on June 14, 2018, I mailed by U.S. Postal Service the foregoing papers:

**Chapter 13 Post-Confirmation Plan Modification #1**
**Proposed Order**
**Notice of Motion**

by enclosing the same in an envelope and addressing same pursuant to the attached Court's Mailing Matrix printed on **June 14, 2018,** and depositing the same in a United States mail receptacle with first class postage fully prepaid thereon.

I declare under penalty of perjury that the above and foregoing is true and correct to the best of my information and belief.

Dated: June 14, 2018
    /s/PAMELA SUE SCHLAGEL
    SMITH BOVILL, P.C.
    200 St. Andrews Rd.
    Saginaw, MI 48638
    Ph.: (989) 792-9641
    Fax: (989) 792-1116
    Email: djfsecretary@smithbovill.com

```
Label Matrix for local noticing          1st National Bank of Omaha            ALTAIR OH XIII, LLC
0645-1                                    P.O. Box 3412                         C O WEINSTEIN, PINSON, AND RILEY, PS
Case 14-21208-dob                         Omaha, NE 68103-0412                  2001 WESTERN AVENUE, STE 400
Eastern District of Michigan                                                    SEATTLE, WA 98121-3132
Bay City
Thu Jun 14 09:52:39 EDT 2018

AT & T                                    AT & T Mobility                       (p)CITIBANK
c/o RPM                                   P.O. Box 6416                         PO BOX 790034
20816 44th Ave. W                         Carol Stream, IL 60197-6416           ST LOUIS MO 63179-0034
Lynnwood, WA 98036-7744


AT&T Mobility II LLC                      Advance Diagnostic Imaging            AllTemp Comfort, Inc.
% AT&T Services, Inc                      P.O. Box 5987                         1103 E. Caro Rd.
Karen Cavagnaro, Paralegal                Saginaw, MI 48603-0987                Caro, MI 48723-1216
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693


Back in Motion Rehabilitation             (p)BANK OF AMERICA                    Bank of America (1st Mort.) (Seterus)
946 W. Midland Rd., Suite B               PO BOX 982238                         P.O. Box 15222
Auburn, MI 48611-9400                     EL PASO TX 79998-2238                 Wilmington, DE 19886-5222



Bill Me Later                             Blue Water Fed. C.U.                  Bluewater Federal Credit Union
P.O. Box 105658                           c/o J. J. Marshall & Associates, Inc. 526 Water St. Rm. 113
Atlanta, GA 30348-5658                    P.O. Box 182190                       Port Huron, MI 48060-5463
                                          Shelby Township, MI 48318-2190



CACH, LLC                                 CACH, LLC                             Capital One NA
4340 S. Monaco Street                     PO Box 10587                          c/o Becket and Lee LLP
2nd Floor                                 Greenville SC 29603-0587              POB 3001
Denver, CO 80237-3485                                                           Malvern PA 19355-0701


Capital One/Best Buy                      Capital One/Elder Beer                Chase
P.O. Box 30253                            P.O. Box 30253                        P.O. Box 15298
Salt Lake City, UT 84130-0253             Salt Lake City, UT 84130-0253         Wilmington, DE 19850-5298



Chase                                     Chase ( S & L Homes Account)          Chase (Amazon)
P.O. Box 94014                            P.O. Box 94014                        P.O. Box 94014
Palatine, IL 60094-4014                   Palatine, IL 60094-4014               Palatine, IL 60094-4014



Chase / Bank One Card Serv.               Chase Bank USA                        Citibank, N.A./Citi AT & T Universal
P.O. Box 15298                            P.O. Box 15298                        c/o ARS National Service, Inc.
Wilmington, DE 19850-5298                 Wilmington, DE 19850-5298             P.O. Box 463023
                                                                                Escondido, CA 92046-3023


Citizens Bank                             Citizens Bank - First Merit (2nd Mort.)  City of Caro
400 Quincy St.                            328 S. Saginaw St.                    317 S. State St.
Hancock, MI 49930-1839                    Flint, MI 48502-1923                  Caro, MI 48723-1725
```

| | | |
|---|---|---|
| Comenity Bank/EldrBrmn<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Covenant Medical Center<br>1447 North Harrison<br>Saginaw, MI 48602-4727 | Covenant Medical Center<br>P.O. Box 3055<br>Milwaukee, WI 53201-3055 |
| Covenant Pathology Associates, P.C.<br>P.O. Box 638012<br>Cincinnati, OH 45263-8012 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Discover<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 |
| Discover<br>P.O. Box 6104<br>Carol Stream, IL 60197-6104 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial Svcs LLC<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| Elder-Beerman<br>P.O. Box 182782<br>Columbus, OH 43218-2782 | FIA CARD SERVICES/BANK OF AMERICA<br>c/o Northstar Location Services, LLC<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 | FIA Card Services/BOA<br>c/o Northstar<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 |
| FIA SERVICES/BANK OF AMERICA<br>C/O Northstar Location Services, LLC<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 | Federal National Mortgage Association<br>PO Box 2206<br>Grand Rapids, MI 49501-2206 | Federal National Mortgage Association<br>creditor c/o Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| First Bank Card (Citizen's Bank)<br>P.O. Box 2557<br>Omaha, NE 68103-2557 | FirstMerit Bank<br>101 N Washington<br>Saginaw, MI 48607-1207 | David J. Fisher ~~(crossed out)~~<br>200 St. Andrews Rd.<br>Saginaw, MI 48638-5938 |
| GE Capital<br>c/o Mary Jane Elliott<br>24300 Karim Blvd.<br>Novi, MI 48375-2942 | GE Capital/WalMart<br>P.O. Box 965024<br>Orlando, FL 32896-5024 | GECRB/Home Design<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| GECRB/Sams Club<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | HSBS/Best Buy<br>P.O. Box 5893<br>Carol Stream, IL 60197-5893 | Michael M. Hall<br>Michael M. Hall PLC<br>6620 Weis Road<br>Saginaw, MI 48603-2756 |
| Larry L. Harmon<br>210 Pamela Dr.<br>Caro, MI 48723-1172 | Sharon K. Harmon<br>210 Pamela Dr.<br>Caro, MI 48723-1172 | Michael P. Hogan<br>23938 Research Drive<br>Ste. 300<br>Farmington Hills, MI 48335-2605 |
| Home Depot<br>P.O. Box 790328<br>Saint Louis, MO 63179-0328 | Home Depot/CitiBank<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Home Depot/Citibank, N.A.<br>c/o Northland Group, Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 |

| | | |
|---|---|---|
| Kohl's Department Store<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 | Macy's<br>P.O. Box 183083<br>Columbus, OH 43218-3083 | Macy's<br>P.O. Box 8218<br>Mason, OH 45040-8218 |
| Macy's<br>c/o Capital Man. Services, LP<br>698 1/2 South Ogden St.<br>Buffalo, NY 14206-2317 | Macys/Marshall Fields<br>P.O. Box 9475<br>Minneapolis, MN 55440-9475 | Martineau, Hackett, Romashko & O'Neil<br>555 N. Main<br>P.O. Box 446<br>Mount Pleasant, MI 48804-0446 |
| Thomas McDonald<br>3144 Davenport<br>Saginaw, MI 48602-3494 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quest Diagnostics<br>P.O. Box 740020<br>Cincinnati, OH 45274-0020 |
| Saginaw Valley Bone & Joint<br>C.A.R.M.<br>P.O. Box 358<br>Cadillac, MI 49601-0358 | Sam's Club<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 | Sears<br>P.O. Box 183082<br>Columbus, OH 43218-3082 |
| Sears/CBNA<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Sears/Citibank<br>c/o Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 | Sears/Citibank, N.A.<br>c/o Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 |
| Seterus, Inc.<br>14523 SW Millikan Way, Suite 200<br>Beaverton, OR 97005-2352 | Seterus, Inc.<br>P.O. Box 54420<br>Los Angeles, CA 90054-0420 | Neil R. Sherman<br>23938 Research Dr.<br>Suite 300<br>Farmington Hills, MI 48335-2605 |
| Signature Bank<br>1 E. Huron Bank<br>Bad Axe, MI 48413 | Signature Bank<br>One E. Huron Ave.<br>Bad Axe, MI 48413-1371 | Speed Connect<br>1898 Momentum Place<br>Chicago, IL 60689-5318 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA, N.A./Target Nat'l Bank<br>c/o Buckles & Buckles, P.L.C.<br>P.O. Box 1150<br>Birmingham, MI 48012-1150 |
| TNB-VISA<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | Target<br>P.O. Box 660170<br>Dallas, TX 75266-0170 | Team One Credit Union<br>520 Hayden St.<br>Saginaw, MI 48607-1121 |
| Thrift Savings Plan<br>P.O. Box 385021<br>Birmingham, AL 35238-5021 | Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AT & T Universal Card<br>Processing Center<br>Des Moines, IA 50363 | Bank of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | (d)Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886 |
| (d)Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Federal National Mortgage Association (Fan | (du)Federal National Mortgage Association (Fa | (u)FirstMerit Bank |
| (u)Seterus, Inc. | End of Label Matrix<br>Mailable recipients   88<br>Bypassed recipients    4<br>Total                  92 | |