UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN   – NORTHERN DIVISION

IN RE:
LARRY L. HARMON and SHARON HARMON
    Debtors

Case No. 14-21208
Chapter 13
Hon. Daniel S. Opperman

_____/

## MOTION FOR HARDSHIP DISCHARGE

NOW COME the Debtors, LARRY L. HARMON and SHARON HARMON, by and through their attorneys, SMITH BOVILL, P.C., and in this Motion for Hardship Discharge state as follows:

1. That Debtors filed for Chapter 13 bankruptcy on May 23, 2014.

2. That Debtors' Chapter 13 Plan was confirmed on July 27, 2015.

3. That as of March 2017 Debtor, LARRY L. HARMON, has been out of work due to contracting Huntington's disease. He will never work again.

4. Debtor, SHARON HARMON, is not working due to an automobile accident in December 2017.

5. That amendments to Schedule I and J have been filed. (DN #65)

6. That Debtors have only paid through the plan the second mortgage – First Merit Bank f/k/a Citizens and attorney fees. Debtors paid through January of 2017 $372 a month and Debtors are now paying $50 a month. No unsecured creditors/debts have been paid in this case.

7. That in a Chapter 7 Bankruptcy all of the Debtors' real and personal property would have been fully exempt. In a hypothetical liquidation general unsecured creditors would not have received a dividend.

8. That the value of property actually distributed under the plan to unsecured creditors is therefore the same as what would have been paid to unsecured creditors in a hypothetical Chapter 7 Bankruptcy.

9. That Debtors' anticipated failure to complete plan payments is due to circumstances for which Debtors should not justly be held accountable.

10. That modification of the plan is not feasible due to drastic changes in personal and

financial circumstances of the Debtors.

11. Debtors have listed their home for sale over a year ago and have been unable to sell it.

12. Debtors are in the process of moving near Detroit to be closer to medical treatment.

13. October 2017 was the last time Debtors were able to make a mortgage payment.

14. The first mortgage is paid outside the plan to Federal National Mortgage Association.

15. The Thrift Savings Plan is paid outside the plan.

16. Debtors stated their 2017 income tax due is $5,074 for federal and $3,042 for state because Debtor, LARRY L. HARMON, made early withdrawals from his 401K due to his medical condition and has received penalties.

17. Debtors started receiving social security disability in March 2018.

18. The unpaid balances on the mortgages exceed the amount that will be realized upon the sale of the property.

WHEREFORE, Debtors pray that this Honorable Court will grant them a Hardship Discharge pursuant to 11 U.S.C. § 1328(b).

Dated: July 17, 2018    /s/ DAVID J. FISHER
SMITH BOVILL, P.C.
200 St. Andrews Rd.
Saginaw, MI 48638
Ph.: (989) 792-9641
Fax: (989) 792-1116
Email: djfsecretary@smithbovill.com
Bar: (P23347)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN   – NORTHERN DIVISION

IN RE:
LARRY L. HARMON and SHARON HARMON      Case No. 14-21208
    Debtors     Chapter 13
    Hon. Daniel S. Opperman
_____/

## ORDER GRANTING MOTION FOR HARDSHIP DISCHARGE PURSUANT TO 11 U.S.C. § 1328(b)

The Debtors having filed a motion requesting a hardship discharge and the motion having been properly noticed out and no timely objections or response having been filed or if filed, it has been withdrawn or overruled;

THE COURT FINDS THAT:

A) That Debtors are unable to complete their required plan payments.

B) That Debtors' failure to complete plan payments are due to circumstances beyond their control;

C) The value, as of the effective date of the plan, of property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate had been liquidated under Chapter 7.

D) A modification of the plan under Section 1329 is not feasible.

IT IS ORDERED that Debtors shall be and hereby are granted a "hardship discharge" pursuant to 11 U.S.C. § 1328(b).

*Prop. Order* [handwritten]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – NORTHERN DIVISION

IN RE:
LARRY L. HARMON and SHARON HARMON
    Debtors

Case No. 14-21208
Chapter 13
Hon. Daniel S. Opperman

_____/

## NOTICE OF FILING MOTION FOR HARDSHIP DISCHARGE

DAVID J. FISHER, Attorney for Debtors, has filed papers with the Court seeking a Hardship Discharge.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant a **hardship discharge**, or if you want the court to consider your views on the motion, **within 14 days**, you or your attorney must:

1.    File with the court a written response or an answer, explaining your position at:

    U.S. Bankruptcy Court
    111 First Street
    Bay City, MI 48708

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also mail a copy to:

Thomas McDonald
Chapter 13 Trustee
3144 Davenport
Saginaw, MI 48602

David J. Fisher (Attorney for Debtors)
200 St. Andrews Rd.
Saginaw, MI 48638

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: July 17, 2018

/s/ DAVID J. FISHER
SMITH BOVILL, P.C.
200 St. Andrews Rd.
Saginaw, MI 48638
Ph.: (989) 792-9641
Fax: (989) 792-1116
Email: djfsecretary@smithbovill.com
Bar: (P23347)

*Response or answer must comply with F.R. Civ.P. 8(b), (c) and (e).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN  –  NORTHERN DIVISION

IN RE:
LARRY L. HARMON and SHARON HARMON  
Debtors

Case No. 14-21208  
Chapter 13  
Hon. Daniel S. Opperman

_____/

## CERTIFICATE OF SERVICE

I hereby certify on July 17, 2018, I mailed by U.S. Postal Service the foregoing papers:

**Motion for Hardship Discharge**  
**Proposed Order**  
**Notice of Motion**

by enclosing the same in an envelope and addressing same pursuant to the attached Court's Mailing Matrix printed on **July 17, 2018,** and depositing the same in a United States mail receptacle with first class postage fully prepaid thereon.

I declare under penalty of perjury that the above and foregoing is true and correct to the best of my information and belief.

Dated: July 17, 2018

/s/PAMELA SUE SCHLAGEL  
SMITH BOVILL, P.C.  
200 St. Andrews Rd.  
Saginaw, MI 48638  
Ph.: (989) 792-9641  
Fax: (989) 792-1116  
Email: djfsecretary@smithbovill.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-1<br>Case 14-21208-dob<br>Eastern District of Michigan<br>Bay City<br>Mon Jul 16 11:59:15 EDT 2018 | 1st National Bank of Omaha<br>P.O. Box 3412<br>Omaha, NE 68103-0412 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| AT & T<br>c/o RPM<br>20816 44th Ave. W<br>Lynnwood, WA 98036-7744 | AT & T Mobility<br>P.O. Box 6416<br>Carol Stream, IL 60197-6416 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| AT&T Mobility II LLC<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Advance Diagnostic Imaging<br>P.O. Box 5987<br>Saginaw, MI 48603-0987 | AllTemp Comfort, Inc.<br>1103 E. Caro Rd.<br>Caro, MI 48723-1216 |
| Back in Motion Rehabilitation<br>946 W. Midland Rd., Suite B<br>Auburn, MI 48611-9400 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America (1st Mort.) (Seterus)<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 |
| Bill Me Later<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 | Blue Water Fed. C.U.<br>c/o J. J. Marshall & Associates, Inc.<br>P.O. Box 182190<br>Shelby Township, MI 48318-2190 | Bluewater Federal Credit Union<br>526 Water St. Rm. 113<br>Port Huron, MI 48060-5463 |
| CACH, LLC<br>4340 S. Monaco Street<br>2nd Floor<br>Denver, CO 80237-3485 | CACH, LLC<br>PO Box 10587<br>Greenville SC 29603-0587 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Capital One/Best Buy<br>P.O. Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One/Elder Beer<br>P.O. Box 30253<br>Salt Lake City, UT 84130-0253 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Chase ( S & L Homes Account)<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Chase (Amazon)<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Chase / Bank One Card Serv.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citibank, N.A./Citi AT & T Universal<br>c/o ARS National Service, Inc.<br>P.O. Box 463023<br>Escondido, CA 92046-3023 |
| Citizens Bank<br>400 Quincy St.<br>Hancock, MI 49930-1839 | Citizens Bank - First Merit (2nd Mort.)<br>328 S. Saginaw St.<br>Flint, MI 48502-1923 | City of Caro<br>317 S. State St.<br>Caro, MI 48723-1725 |

| | | |
|---|---|---|
| Comenity Bank/EldrBrmn<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Covenant Medical Center<br>1447 North Harrison<br>Saginaw, MI 48602-4727 | Covenant Medical Center<br>P.O. Box 3055<br>Milwaukee, WI 53201-3055 |
| Covenant Pathology Associates, P.C.<br>P.O. Box 638012<br>Cincinnati, OH 45263-8012 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Discover<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 |
| Discover<br>P.O. Box 6104<br>Carol Stream, IL 60197-6104 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial Svcs LLC<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| Elder-Beerman<br>P.O. Box 182782<br>Columbus, OH 43218-2782 | FIA CARD SERVICES/BANK OF AMERICA<br>c/o Northstar Location Services, LLC<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 | FIA Card Services/BOA<br>c/o Northstar<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 |
| FIA SERVICES/BANK OF AMERICA<br>C/O Northstar Location Services, LLC<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 | Federal National Mortgage Association<br>PO Box 2206<br>Grand Rapids, MI 49501-2206 | Federal National Mortgage Association<br>creditor c/o Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| First Bank Card (Citizen's Bank)<br>P.O. Box 2557<br>Omaha, NE 68103-2557 | FirstMerit Bank<br>101 N Washington<br>Saginaw, MI 48607-1207 | David J. Fisher<br>200 St. Andrews Rd.<br>Saginaw, MI 48638-5938 |
| GE Capital<br>c/o Mary Jane Elliott<br>24300 Karim Blvd.<br>Novi, MI 48375-2942 | GE Capital/WalMart<br>P.O. Box 965024<br>Orlando, FL 32896-5024 | GECRB/Home Design<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| GECRB/Sams Club<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | HSBS/Best Buy<br>P.O. Box 5893<br>Carol Stream, IL 60197-5893 | Michael M. Hall<br>Michael M. Hall PLC<br>6620 Weis Road<br>Saginaw, MI 48603-2756 |
| Larry L. Harmon<br>210 Pamela Dr.<br>Caro, MI 48723-1172 | Sharon K. Harmon<br>210 Pamela Dr.<br>Caro, MI 48723-1172 | Michael P. Hogan<br>23938 Research Drive<br>Ste. 300<br>Farmington Hills, MI 48335-2605 |
| Home Depot<br>P.O. Box 790328<br>Saint Louis, MO 63179-0328 | Home Depot/CitiBank<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Home Depot/Citibank, N.A.<br>c/o Northland Group, Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 |

| | | |
|---|---|---|
| Kohl's Department Store<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 | Macy's<br>P.O. Box 183083<br>Columbus, OH 43218-3083 | Macy's<br>P.O. Box 8218<br>Mason, OH 45040-8218 |
| Macy's<br>c/o Capital Man. Services, LP<br>698 1/2 South Ogden St.<br>Buffalo, NY 14206-2317 | Macys/Marshall Fields<br>P.O. Box 9475<br>Minneapolis, MN 55440-9475 | Martineau, Hackett, Romashko & O'Neil<br>555 N. Main<br>P.O. Box 446<br>Mount Pleasant, MI 48804-0446 |
| Thomas McDonald  NEF<br>3144 Davenport<br>Saginaw, MI 48602-3494 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quest Diagnostics<br>P.O. Box 740020<br>Cincinnati, OH 45274-0020 |
| Saginaw Valley Bone & Joint<br>C.A.R.M.<br>P.O. Box 358<br>Cadillac, MI 49601-0358 | Sam's Club<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 | Sears<br>P.O. Box 183082<br>Columbus, OH 43218-3082 |
| Sears/CBNA<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Sears/Citibank<br>c/o Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 | Sears/Citibank, N.A.<br>c/o Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 |
| Seterus, Inc.<br>14523 SW Millikan Way, Suite 200<br>Beaverton, OR 97005-2352 | Seterus, Inc.<br>P.O. Box 54420<br>Los Angeles, CA 90054-0420 | Neil R. Sherman<br>23938 Research Dr.<br>Suite 300<br>Farmington Hills, MI 48335-2605 |
| Signature Bank<br>1 E. Huron Bank<br>Bad Axe, MI 48413 | Signature Bank<br>One E. Huron Ave.<br>Bad Axe, MI 48413-1371 | Speed Connect<br>1898 Momentum Place<br>Chicago, IL 60689-5318 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA, N.A./Target Nat'l Bank<br>c/o Buckles & Buckles, P.L.C.<br>P.O. Box 1150<br>Birmingham, MI 48012-1150 |
| TNB-VISA<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | Target<br>P.O. Box 660170<br>Dallas, TX 75266-0170 | Team One Credit Union<br>520 Hayden St.<br>Saginaw, MI 48607-1121 |
| Thrift Savings Plan<br>P.O. Box 385021<br>Birmingham, AL 35238-5021 | Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AT & T Universal Card<br>Processing Center<br>Des Moines, IA 50363 | Bank of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | (d)Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886 |
| (d)Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Federal National Mortgage Association (Fan | (du)Federal National Mortgage Association (Fa | (u)FirstMerit Bank |
| (u)Seterus, Inc. | End of Label Matrix<br>Mailable recipients 88<br>Bypassed recipients 4<br>Total 92 | |