## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

| | |
|---|---|
| In re:<br>　　Larry L Harmon<br>　　Sharon K Harmon<br>　　　　　Debtor(s) | Case No. 14-21208-dob |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/23/2014.

2) The plan was confirmed on 07/27/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/13/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was discharged under U.S.C. § 1328(b) on 08/09/2018.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $231,791.07.

10) Amount of unsecured claims discharged without payment: $191,058.20.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,374.00 |
| Less amount refunded to debtor | $24.79 |

**NET RECEIPTS:** $11,349.21

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $6,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $620.68 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,620.68

Attorney fees paid and disclosed by debtor: $5,036.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advanced Diagnostic Imaging | Unsecured | 79.79 | NA | NA | 0.00 | 0.00 |
| AllTemp Comfort Inc | Unsecured | 220.84 | NA | NA | 0.00 | 0.00 |
| Altair OH XIII LLC | Unsecured | 4,350.35 | 0.00 | 4,692.90 | 7.31 | 0.00 |
| Altair OH XIII LLC | Unsecured | NA | 374.54 | 374.54 | 0.00 | 0.00 |
| Amazon.com | Unsecured | 7,325.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 641.22 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 550.00 | 0.00 | 641.22 | 0.00 | 0.00 |
| Back in Motion Rehabilitation | Unsecured | 173.46 | NA | NA | 0.00 | 0.00 |
| Becket and Lee LLP-EFT | Unsecured | 1.00 | 170.45 | 170.45 | 0.00 | 0.00 |
| Bill Me Later | Unsecured | 5,231.00 | NA | NA | 0.00 | 0.00 |
| Bluewater Federal Credit Union | Unsecured | 50.97 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 2,146.99 | 0.00 | 2,693.68 | 0.00 | 0.00 |
| CACH LLC | Unsecured | 2,893.17 | 0.00 | 3,197.05 | 0.00 | 0.00 |
| Chase Bank USA, NA | Unsecured | 5,243.66 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA, NA | Unsecured | 7,795.21 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA, NA | Unsecured | 26,916.62 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA, NA | Unsecured | 13,856.30 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA, NA | Unsecured | 23,497.85 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA, NA | Unsecured | 3,754.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA, NA | Unsecured | 20,454.13 | NA | NA | 0.00 | 0.00 |
| Citizens Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Caro Treasurer | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Covenant Medical Center | Unsecured | 313.98 | NA | NA | 0.00 | 0.00 |
| Covenant Path Assoc | Unsecured | 8.92 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank/Macy's | Unsecured | 1,595.38 | 0.00 | 1,875.90 | 0.00 | 0.00 |
| Department Stores National Bank/Macy's | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Discover Bank | Unsecured | 816.46 | 0.00 | 967.80 | 0.00 | 0.00 |
| Elder Beerman | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Federal National Mortgage Association | Unsecured | 99,150.00 | 95,421.95 | 95,421.95 | 0.00 | 0.00 |
| FIA Card Services, NA As Successor to | Unsecured | 2,891.88 | NA | NA | 0.00 | 0.00 |
| FIA Card Services, NA As Successor to | Unsecured | 1,751.11 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First National Bank of Omaha | Unsecured | 3,991.72 | NA | NA | 0.00 | 0.00 |
| First National Bank of Omaha | Unsecured | 3,991.00 | NA | NA | 0.00 | 0.00 |
| FirstMerit Bank f/k/a Citizens Bank | Unsecured | 38,400.00 | 17,500.00 | 17,500.00 | 4,657.46 | 0.00 |
| FirstMerit Bank f/k/a Citizens Bank | Unsecured | 0.00 | 23,268.75 | 23,268.75 | 36.25 | 0.00 |
| GECRB/Home Design | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Home Depot | Unsecured | 179.69 | NA | NA | 0.00 | 0.00 |
| Martineau Hackett Romashko & O'Niel | Unsecured | 515.62 | NA | NA | 0.00 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 6,222.77 | 0.00 | 6,388.26 | 9.95 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 75.87 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 15.51 | NA | NA | 0.00 | 0.00 |
| Saginaw Valley Bone & Joint Center | Unsecured | 195.88 | NA | NA | 0.00 | 0.00 |
| SpeedConnect | Unsecured | 160.85 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | 1,093.76 | 0.00 | 1,093.76 | 0.00 | 0.00 |
| Talmer Bank and Trust | Unsecured | 983.00 | NA | NA | 0.00 | 0.00 |
| Talmer Bank and Trust | Unsecured | 892.35 | 886.35 | 886.35 | 0.00 | 0.00 |
| TD Bank USA NA | Unsecured | 7,538.55 | 7,778.23 | 7,778.23 | 12.12 | 0.00 |
| Team One Credit Union | Unsecured | 3,391.58 | 0.00 | 3,493.87 | 5.44 | 0.00 |
| Team One Credit Union | Unsecured | 3,247.55 | 3,138.43 | 3,138.43 | 0.00 | 0.00 |
| Thrift Savings Plan | Secured | 8,290.50 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $112,921.95 | $4,657.46 | $0.00 |
| **TOTAL SECURED:** | **$112,921.95** | **$4,657.46** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$60,661.19** | **$71.07** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $6,620.68 |
| Disbursements to Creditors | $4,728.53 |
| **TOTAL DISBURSEMENTS** : | **$11,349.21** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/09/2018 By: /s/ Thomas McDonald
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**